O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. EDCV 08-1014-VAP |
|---|---|---|
| Plaintiff/Respondent, | ) | EDCR 05-86-VAP |
| v. | ) | **JUDGMENT** |
| BENJAMIN ALONSO-DURAN, | ) | |
| Defendant/Petitioner. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Petitioner's Motion pursuant to 28 U.S.C. § 2255 is DENIED and the action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>July 17, 2009</u>

                                          VIRGINIA A. PHILLIPS
                                      United States District Judge